# United States District Court
## FOR THE DISTRICT OF COLUMBIA

Eric Bryant
Joan Bryant
        Plaintiff(s)

v.

United States Government
        Defendant

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-00648
Assigned To : Bates, John D.
Assign. Date : 4/9/2007
Description: BRYANT v. USA

To:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

Eric Bryant
Joan Bryant
2149 W Cascade Ave. #233
Hood River OR 97031
808-357-6857

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_NANCY MAYER-WHITTINGTON_
Court Clerk
by _[signature]_
Deputy Clerk

_APR [illegible] 2007_
Date

**RECEIVED**
JUN 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by registered mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service upon the United States Government as evidenced by the attached Postal green cards is MAY 15, 2007. The cost of the mailing is $ 14.35

Registered mail # RA 146236460 US.

To:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

    I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

_Jamera Sampson_      6-4-07
Signature                 Date

| Reg. Fee | | |
|---|---|---|
| Handling Charge | Return Receipt | |
| Postage | Restricted Delivery | |
| Received by | | |

To Be Completed By Post Office

Customer Must Declare Full Value $

☐ With Postal Insurance
☒ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

Stamp: MAY 9 2007 USPS

FROM: ERIC & JOAN BRYANT
C/O 2149 W CASCADE #166
HOOD RIVER, OR 97031

TO: ALBERTO GONZALES US ATTOR,
CIVIL PROCESS CLERK
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

**Receipt 1:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeffrey Taylor
United States Attorney, District of Columbia
Civil Process Clerk
555 4th St. NW
Washington, DC 20530

COMPLETE THIS SECTION ON DELIVERY

A. Signature X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name): [illegible]  C. Date of Delivery: MAY 15 2007
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☒ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number (Transfer from service label): RT 146 236 473

PS Form 3811, August 2001   Domestic Return Receipt   102595-01-M-2509

---

**Receipt 2:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alberto Gonzales
United States Attorney General
Civil Process Clerk
950 Pennsylvania Ave. NW
Washington, DC 20530

COMPLETE THIS SECTION ON DELIVERY

A. Signature X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name): [illegible]  C. Date of Delivery: MAY 15 2007
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☒ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number (Transfer from service label): RA 146 236 460

PS Form 3811, August 2001   Domestic Return Receipt   102595-01-M-2509