IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIC BRYANT,<br>JOAN BRYANT,<br>     Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>     Defendant. | )<br>)<br>) No. 1:07-cv-00648 (JDB)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

PLEASE ENTER my appearance as trial counsel on behalf of the United States in the above-captioned case.

DATE:   July 5, 2007

                                        Respectfully submitted,


                                        /s/ Beatriz T. Saiz
                                        BEATRIZ T. SAIZ
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        P.O. Box 227
                                        Washington, D.C.  20044
                                        Telephone:  (202) 307-6585


OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on July 5, 2007, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>
> Eric Bryant
> Joan Bryant
> 2149 W. Cascade Avenue
> #233
> Hood River, OR 97031

>
> /s/ Beatriz T. Saiz
> BEATRIZ T. SAIZ