UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ERIC BRYANT, et al.,**<br><br>    **Plaintiffs,**<br><br>        v.<br><br>**UNITED STATES GOVERNMENT,**<br><br>    **Defendant.** | Civil Action No. 07-0648 (JDB) |

## ORDER

Upon consideration of [#5] defendant's motion to dismiss the complaint, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that defendant's motion to dismiss is **GRANTED**.

                                                                /s/
                                                        JOHN D. BATES
                                                   United States District Judge

Date:  December 21, 2007